FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAY 2 5 2022

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,  )
)
    Plaintiff,  ) CRIMINAL NO. 22-893 JB
)
vs.  ) Count 1: 18 U.S.C. § 2261A(2): Stalking.
)
**MATTHEW JAMES CERNO JR.,**  )
)
    Defendant.  )

## INDICTMENT

The Grand Jury charges:

### Count 1

On or between November 20, 2021, and January 31, 2022, in Bernalillo County, in the District of New Mexico, the defendant, **MATTHEW JAMES CERNO, JR.**, with the intent to harass and intimidate, used any electronic communication service and electronic communication system of interstate or foreign commerce, including a cellular telephone, to engage in a course of conduct that placed E.B., a person known to the grand jury, in reasonable fear of death and serious bodily injury, and caused, attempted to cause, and would reasonably be expected to cause substantial emotional distress to E.B.

In violation of 18 U.S.C. § 2261A(2).

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

_____
Assistant United States Attorney